# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

November 2, 2026

Before
DIANE S. SYKES, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 23-1823 | ANDERSON FEDERATION OF TEACHERS, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>TODD ROKITA,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:21-cv-01767-SEB-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court